*LS*

_____                              _____RETAIN

Lori S. Simpson , U. S. BANKRUPTCY JUDGE                Evidentiary Hrg: Y N
                                                        Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13


                                                 Date: 10/07/2019 Time: 02:00

**CASE: 19-16477 SYEDA SAIMA HUSSAIN**

(Leslie A Pladna) representing SYEDA SAIMA HUSSAIN (Debtor)

__ T. Branigan __ K. Moulding
       representing Timothy P. Branigan (Trustee)


[40] Motion for Relief from Stay and Notice of Motion
as to Debtor and Co-Debtor Qamar U Hassain Re: 15811
Good Hope Road, Silver Spring, MD 20905. Fee Amount
$181. Notice Served on 8/6/2019, Filed by U.
S. Bank Trust National Association as Trustee of
the Lodge Series III Trust, c/o SN Servicing Corp.
. Objections due by 08/20/2019. with three additional
calendar days allowed if all parties are not served
electronically. Hearing scheduled for 09/16/2019
at 02:00 PM - Courtroom 3-D. (Attachments: #s9
Exhibit C)

**MOVANT** : U.S. Bank Trust National Association as Trustee of the Lodge Series
III Trust, c/o SN Servicing Corp. BY (R Rogers)


DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___

Denied without/with leave to amend by:_____Conf:_____Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

40    Granted     ✓       Sustained _____      Denied      _____
      Overruled  _____    Withdrawn  _____     Under Adv.  _____
      Moot       _____    Consent    _____     Dismissed   _____
      O.T.J. Fee _____

DECISION:

   [ ] Signed by Court              [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel         [ ] Court
       [ ] Respondent's counsel     [ ] Other _____

NOTES:   Stay lifted.
Joanie York  SN Servicing Corp           3 P. for FCS May 12, 2019
                                          Mods denied. 6 years
3 BL w/ 14 month period     10/26/2016   in arrears