

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Syeda Saima Hussain

Case No.: 19-16477
Chapter 13

DEBTOR(S)

U.S. Bank Trust National Association as
Trustee of the Lodge Series III Trust, by SN
Servicing Corporation, Servicing Agent

MOVANT

vs.

Syeda Saima Hussain

Qamar U Hassain, non filing codebtor

RESPONDENT(S)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND GRANTING AN IN REM EQUITABLE SERVITUDE AS TO THE PROPERTY KNOWN AS 15811 GOOD HOPE ROAD, SILVER SPRING, MD 20905

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED

A. That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, lifted to enable U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, by SN Servicing Corporation, Servicing Agent, or its successors and assigns, to foreclose against the real property and improvements known as 15811 Good Hope Road, Silver Spring, MD 20905 and allow the successful purchaser thereof to obtain possession of same,

B. That the property known as 15811 Good Hope Road, Silver Spring, MD 20905 be barred from any future bankruptcy filed within 2 years from the date of this order by any person with or claiming any interest in said property.

cc:  Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

Syeda Saima Hussain
15811 Good Hope Road
Silver Spring, MD 20905

Qamar U Hassain
15811 Good Hope Road
Silver Spring, MD 20905

and respondent(s)' counsel:          Timothy P. Branigan, Trustee
Leslie A Pladna, Esquire              9891 Broken Land Parkway, Suite 301
6502 Overheart Lane                   Columbia, MD 21046
Columbia, MD 21045

**End of Order**

2